*Electronically Filed*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

Case No. __3:22-cv-95-CRS__

**REINA L. TAMAYO DANGER**                                          **PLAINTIFF**

v.

**LORENZO L. INGRAM,**                                              **DEFENDANTS**
**RJD GROUP, INC., and**
**PROGRESSIVE CASUALTY INSURANCE CO.**

\* \* \*

## NOTICE OF REMOVAL

For their Notice of Removal of this action from the Hardin Circuit Court, Elizabethtown, Kentucky, to the United States District Court for the Western District of Kentucky, at Louisville, Defendants, Lorenzo L. Ingram ("Ingram"), and RJD Group, Inc. ("RJD") (collectively "Defendants"), by counsel, state as follows:

1. On or about January 13, 2022, Plaintiff, Reina L. Tamayo Danger ("Plaintiff"), filed a Complaint in Hardin Circuit Court, Elizabethtown, Hardin County, Kentucky, No. 22-CI-00049, naming Defendants therein ("the Civil Action"), as well as Defendant, Progressive Casualty Insurance Company ("Progressive"). Next, on about January 27, 2022, Plaintiff filed a First Amended Complaint in the Civil Action. Copies of all process and pleadings in the Civil Action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

2. In her Complaint and First Amended Complaint, Plaintiff avers her citizenship and residence to be in Kentucky (more specifically in Warren County, Kentucky). *See* Complaint, ¶ 1, at p.1; First Amended Complaint, ¶ 2, at p. 1.

3. In said Complaint and First Amended Complaint, Plaintiff further avers that Ingram is and was at all times relevant to this suit a citizen and resident of the State of Georgia (more specifically in Albany, Dougherty County, Georgia). *See* Complaint, ¶ 2, at pp. 1-2; First Amended Complaint, ¶ 3, at p. 2. Upon information and belief, this allegation is correct.

4. In the First Amended Complaint, Plaintiff also avers that RJD is and was at all times relevant to this suit an Illinois corporation with a principal place of business being in the State of Illinois. *See* First Amended Complaint, ¶ 4, at p. 2. Upon information and belief, this allegation is correct.

5. Upon information and belief, Progressive is and was at all times relevant to this suit an Ohio corporation with a principal place of business being in the State of Ohio.

6. This action is one Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action is between citizens or residents of different states, and because "complete diversity" exists.

7. Consistent with Kentucky practice and procedural rules, Plaintiff's Complaint and First Amended Complaint in the Civil Action did not state a specific amount as being the total in controversy between the parties. Nevertheless, upon information and belief, Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs.

8. This Notice of Removal is being filed in a timely manner, within thirty (30) days of receipt by Defendants, through service or otherwise, of a copy of Plaintiff's Complaint, consistent with the provisions 28 U.S.C. § 1446(b)(1).

9. Upon information and belief, all Defendants named herein consent to the removal of this action, consistent with the provisions of 28 U.S.C. § 1446(b)(2)(A).

10. Promptly after filing the instant Notice of Removal, Defendants will file with the Clerk of the Hardin Circuit Court, Elizabethtown, Kentucky, a Notice of Filing of Notice of Removal, with a copy of this Notice of Removal attached, and will also make certain a copy of this particular Notice of Removal is duly served, by regular U.S. Mail, postage prepaid, on Plaintiff via her attorneys who have appeared for Plaintiff in the Civil Action below.

**WHEREFORE,** Defendants, Lorenzo L. Ingram, and RJD Group, Inc., by counsel, respectfully request this Court to recognize and acknowledge the appropriateness of this removal pursuant to the controlling provisions of 28 U.S.C. § 1446, 28 U.S.C. § 1441, and 28 U.S.C. § 1332.

Respectfully submitted,

*/s/ Eric M. Jensen*
Eric M. Jensen
KOPKA PINKUS DOLIN PC
462 South Fourth Street, Suite 101
Louisville, KY  40202
P:  502.785.2818
F:  502-785-2812
emjensen@kopkalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal, along with attachments and the required Civil Cover Sheet, was on this 18th day of February, 2022, electronically filed with the Court's CM/ECF e-filing system, which will provide e-notice to all those entitled to same. I also hereby certify that a true and accurate copy of this Notice of Removal, along with attachments and the required Civil Cover Sheet, was this same 18th day of February, 2022, served by regular U.S. Mail, postage prepaid, as well as by email, upon D. Joe Griffith, HUGHES & COLEMAN, 1256 Campbell Lane, Suite 201, P. O. Box 10120, Bowling Green, KY 42102, jgriffith@hughesandcoleman.com, *Counsel for Plaintiff*; and CT Corporation System, (as registered agent for Defendant, Progressive Casualty Insurance Company, 306 W. Main St., Suite 512 Frankfort, KY 40601.

*/s/ Eric M. Jensen*
*Counsel for Defendants*