NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

CIVIL ACTION NO. 22-CI-_____          HARDIN CIRCUIT COURT
                                                      DIV. ___
                                           JUDGE _____

REINA L. TAMAYO DANGER                                    PLAINTIFF

VS.                        **COMPLAINT**

LORENZO L. INGRAM                                       DEFENDANTS
      SERVE:    Kentucky Secretary of State
               Pursuant to KRS 454.210

               4807 Folly Dr.
               Albany, GA 31705-6114

RJD GROUP, INC.
      SERVE:    Kentucky Secretary of State
               Pursuant to KRS 454.210

               Troy Brewer
               95 White Bridge Pike Ste 207
               Nashville, TN 37205-1482

PROGRESSIVE CASUALTY INSURANCE COMPANY
      SERVE:    CT Corporation System, Registered Agent
               306 W. Main St., Suite 512
               Frankfort, KY 40601

     Comes the Plaintiff, Reina L. Tamayo Danger, by counsel, and hereby states the following cause of action against the Defendants named herein:

### I. PARTIES AND JURISDICTION

     1.    The Plaintiff, Reina L. Tamayo Danger ("Mrs. Danger"), is a citizen and resident of Warren County, Kentucky.

     2.    The Defendant, Lorenzo L. Ingram ("Ingram"), is a citizen and resident of Albany, Dougherty County, Georgia, and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to KRS 454.210.  The Secretary of State is respectfully notified that

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000001 of 000007

Filed            22-CI-00049      01/13/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

Defendant Ingram's last known residence address is 4807 Folly Dr. Albany, GA 31705-6114.

3.      The Defendant, RJD Group, Inc., is, based upon information and belief, a Tennessee for profit corporation with its principal office in Nashville, TN and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to <u>KRS 454.210</u>.  The Secretary of State is advised that said entity's agent for service of process is Troy Brewer, 95 White Bridge Pike, Ste. 207, Nashville, TN 37205-1482.

4.      The Defendant, Progressive Casualty Insurance Company ("Progressive"), is, and was at all times hereto, an instate insurer licensed to provide automobile insurance in the Commonwealth of Kentucky and may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

5.      The subject motor vehicle collision occurred in Elizabethtown, Hardin County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.  Venue and jurisdiction are proper in the Hardin Circuit Court.

## II. FACTUAL BACKGROUND

6.      On or about October 25, 2021, on Interstate 65, Defendant Ingram negligently and carelessly operated a 2018 Freightliner Semi-tractor trailer while in the course and scope of his employment with Defendant RJD Group, Inc., causing his vehicle to collide with a 2004 Honda Odyssey owned and driven by Jose Molina and which

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000002 of 000007

Filed            22-CI-00049      01/13/2022          Loretta Crady, Hardin Circuit Clerk

Filed          22-CI-00049          01/13/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

Plaintiff Mrs. Danger was a passenger, causing injuries and damages to Mrs. Danger which necessitated medical treatment.

7.      At the time of the subject collision, based on information and belief, Defendant Ingram was in the course and scope of his employment with Defendant RJD Group, Inc., and the subject tractor-trailer was and is owned by Defendant RJD Group, Inc.

8.      At all times pertinent hereto, Plaintiff Mrs. Danger exercised an appropriate degree of care for her own safety.  The subject collision was caused entirely by the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc.

### III. FIRST CAUSE OF ACTION – DEFENDANT INGRAM

9.      Plaintiff restates the allegations above as if same were fully re-written.

10.      Defendant Ingram was at all relevant times mentioned herein negligent in the operation of his motor vehicle and as a direct and proximate result of that negligence caused the collision between his vehicle and the vehicle being occupied by the Plaintiff, Mrs. Danger.

### IV. SECOND CAUSE OF ACTION – RJD GROUP, INC.

11.  Defendant RJD Group, Inc., has *respondeat superior* liability for the negligent actions of its servant employee/agent, Defendant Ingram, and in order that the Plaintiff may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant RJD Group, Inc., was negligent in hiring, training, and/or supervising Defendant Ingram, said actions/inactions on the part of Defendant RJD Group, Inc., are pled as additional bases upon which relief may be granted to Plaintiff.

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000003 of 000007

3

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

12.     At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act., KRS 304.39 ("MVRA").

### V. THIRD CAUSE OF ACTION – PROGRESSIVE

13.     At the time of the subject collision, Plaintiff, as a passenger in the vehicle owned and operated by Jose Molina, was insured by Defendant Progressive pursuant to a policy of insurance which included Underinsured Motorist ("UIM") coverage, bearing policy number 932084201, in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

14.     Plaintiff further states that the monetary value of Plaintiff's injuries and damages resulting from the subject collision exceeds the liability policy limits available on behalf of Defendants Ingram and RJD Group, Inc.  As such Plaintiff seeks UIM benefits from Progressive in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

15.     At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act ("MVRA").

16.     Plaintiff has fully complied with his obligations under the subject insurance policy and all conditions precedent have occurred or been performed.

### VI. DAMAGES

17.     As a direct and proximate result of the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc., Mrs. Danger has been injured and damaged.  The monetary value of Plaintiff's injuries and damages exceed the minimum

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000004 of 000007

4

Filed          22-CI-00049          01/13/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

jurisdictional limits of this Court.  Plaintiff's injuries and damages include, but are not specifically limited to, the following:

    (a)    Medical bills and related expenses, past, present, and future;

    (b)    Physical pain and mental suffering, past, present, and future;

    (c)    Loss of enjoyment of life, past, present, and future;

    (d)    Lost wages, past, present, and future;

    (e)    Miscellaneous inconvenience and expense, past, present, and future; and,

    (f)    Punitive damages, if the evidence establishes the right to same.

Mrs. Danger seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Reina L. Tamayo Danger, respectfully prays the Court for relief as follows:

    (a)    For judgment against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

    (b)    For Plaintiff's costs incurred in pursuit of this matter, including a reasonable attorney's fee; and

    (c)    For any and all other relief to which it may appear the Plaintiff is entitled, including trial by jury.

This 13th day of January, 2022.

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000005 of 000007

Filed          22-CI-00049          01/13/2022          Loretta Crady, Hardin Circuit Clerk

Filed          22-CI-00049      01/13/2022      Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 272
FAX (270) 843-0446
jgriffith@hughesandcoleman.com

/s/ D. Joe Griffith
*Counsel for Plaintiff*

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action.  Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Keri A. Hall
Progressive Insurance Company
9520 Ormsby Station Rd., Ste. 200
Louisville, KY 40223

|          | IN RE: | Our Client:     | Reina L. Tamayo Danger |
|----------|--------|-----------------|------------------------|
|          |        | Our File No.:   | 677757                 |
|          |        | Your Insured:   | Jose M. Ortiz Molina   |
|          |        | Your Claim No.: | 216792585              |
|          |        | DOI:            | 10/25/2021             |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Humana Gold Plus
P.O. Box 14601
Lexington, KY 40512

|          | IN RE: | Our Client:   | Reina L. Tamayo Danger |
|----------|--------|---------------|------------------------|
|          |        | Our File No.: | 677757                 |
|          |        | Your Insured: | Reina Tamayo           |
|          |        | Your ID No.:  | H7633555               |
|          |        | DOI:          | 10/25/2021             |

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000006 of 000007

6

Filed          22-CI-00049          01/13/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:00:07 PM
SRHICKEY@KOPKALAW.COM

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Medicaid
P.O. Box 2107
Frankfort, KY 40602

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo Danger |
|  | Your ID No.: | 1004937546 |
|  | DOI: | 10/25/2021 |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
MSPRC-NGHP
P.O. Box 138832
Oklahoma City, OK 73113

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo |
|  | ID No.: | 4HD2-YU7-AX10 |
|  | DOI: | 10/25/2021 |

Martin Tijerina
American Inter-Fidelity Exchange
9223 Broadway, Ste. A
Merrillville, IN 46410

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Lorenzo Ingram/RJD Group, Inc. |
|  | ID No.: | L220034 |
|  | DOI: | 10/25/2021 |

This 13th day of January, 2022.

/s/ D. Joe Griffith
*Counsel for Plaintiff*

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000007 of 000007

Filed          22-CI-00049          01/13/2022          Loretta Crady, Hardin Circuit Clerk

 **Commonwealth of Kentucky**
**Loretta Crady, Hardin Circuit Clerk**

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:31 PM
SRHICKEY@KOPKALAW.COM

**Case #:** 22-CI-00049 | **Envelope #:** 4258750
**Received From:** GRIFFITH, DONALD E (JOE) | **Account Of:** GRIFFITH, DONALD E (JOE)
**Case Title:** TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO I, ET AL | **Confirmation Number:** 138011629
**Filed On** 1/27/2022  4:35:13PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Money Collected For Others(Franklin Co. Sheriff) | $60.00 |
| 2 | Money Collected For Others(Postage) | $28.72 |
| 3 | Money Collected For Others(Franklin Electronic Service Copies) | $1.70 |
| 4 | Money Collected For Others(Secretary of State) | $32.00 |
| 5 | Charges For Services(Attestation) | $0.50 |
| 6 | Charges For Services(Copy - Photocopy) | $6.80 |
| | **TOTAL:** | $129.72 |

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/17/2022 04:13:28 PM
SREELEKHA@HARKALAW.COM

Case #: **22-CI-00049**
Court: **CIRCUIT**
County: **HARDIN**

---

*Plaintiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO:  **LORENZO L. INGRAM**
       **4807 FOLLY DR.**
       **ALBANY, GA 317056114**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/13/2022**

<div style="writing-mode: vertical">Presiding Judge: HON. KELLY MARK EASTON (609182)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

<div style="writing-mode: vertical">CI : 000001 of 000001</div>

Summons ID: @00000350079
CIRCUIT: 22-CI-00049 Long Arm Statute – SOS - Restricted Delivery
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL



Page 1 of 1



| | | |
|---|---|---|
| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI<br><br><br><br><br><br>**CIVIL SUMMONS** | Case #: **22-CI-00049**<br>Court:    **CIRCUIT**<br>County:  **HARDIN** |



NOT ORIGINAL DOCUMENT
02/17/2022
SRIGHTLEY@HORALAW.COM

*Plaintiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**

**306 W. MAIN ST.**

**SUITE 512**

**FRANKFORT, KY 40601**

Memo: Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**PROGRESSIVE CASUALTY INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/13/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____

                                                                                     Served By

                                                                _____

                                                                                       Title

Summons ID: @00000350081 ,
CIRCUIT: 22-CI-00049 Sheriff Service
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL

Presiding Judge: HON. KELLY MARK EASTON (609182)

CI : 000001 of 000001



Page 1 of 1

*e*Filed



AOC-E-105    Sum Code: CI
Rev. 9-14

**Commonwealth of Kentucky**
**Court of Justice**    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

NOT ORIGINAL DOCUMENT
02/11/2022

Case #: **22-CI-00049**

Court: **CIRCUIT**

County: **HARDIN**

---

*Plaintiff*, **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO: **TROY BREWER**

**95 WHITE BRIDGE PIKE**

**SUITE 207**

**NASHVILLE, TN 37205**

Memo: Related party is RJD GROUP, INC.

The Commonwealth of Kentucky to Defendant:
**RJD GROUP, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/13/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____          _____
                                                                          Served By

                                                        _____
                                                                          Title

---

Summons ID: @00000350080
CIRCUIT: 22-CI-00049 Long Arm Statute – SOS - Restricted Delivery
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL





Presiding Judge: HON. KELLY MARK EASTON (609182)

CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

CIVIL ACTION NO. 22-CI-00049                      HARDIN CIRCUIT COURT
                                                                     DIV. 3
                                                   JUDGE KELLY MARK EASTON


REINA L. TAMAYO DANGER                                        PLAINTIFF

VS.                          **FIRST AMENDED COMPLAINT**

LORENZO L. INGRAM                                            DEFENDANTS
          SERVE:      Kentucky Secretary of State
                      Pursuant to <u>KRS 454.210</u>

                      4807 Folly Dr.
                      Albany, GA 31705-6114

RJD GROUP, INC.
          SERVE:      Kentucky Secretary of State
                      Pursuant to <u>KRS 454.210</u>

                      Renatas Tamulevicius, Agent
                      721 Parkwood Ave.
                      Romeoville, IL  60446

and

PROGRESSIVE CASUALTY INSURANCE COMPANY
          SERVE:      CT Corporation System, Registered Agent
                      306 W. Main St., Suite 512
                      Frankfort, KY 40601


          Comes the Plaintiff, Reina L. Tamayo Danger, by counsel, and for her First

Amended Complaint, states as follows:

          1.       The Plaintiff incorporates by reference the entirety of her original Complaint

as if set forth in full.

### I. PARTIES AND JURISDICTION

          2.       The Plaintiff, Reina L. Tamayo Danger ("Mrs. Danger"), is a citizen and

resident of Warren County, Kentucky.

1

AMC : 000001 of 000008

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

3.      The Defendant, Lorenzo L. Ingram ("Ingram"), is a citizen and resident of Albany, Dougherty County, Georgia, and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to KRS 454.210.  The Secretary of State is respectfully notified that Defendant Ingram's last known residence address is 4807 Folly Dr. Albany, GA 31705-6114.

4.      The Defendant, RJD Group, Inc., is, based upon information and belief, an Illinois for profit corporation with its principal office in Illinois and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to KRS 454.210.  The Secretary of State is advised that said entity's agent for service of process is Renatas Tamulevicius, 721 Parkwood Ave., Romeoville, IL 60446.

5.      The Defendant, Progressive Casualty Insurance Company ("Progressive"), is, and was at all times hereto, an instate insurer licensed to provide automobile insurance in the Commonwealth of Kentucky and may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

6.      The subject motor vehicle collision occurred in Elizabethtown, Hardin County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.  Venue and jurisdiction are proper in the Hardin Circuit Court.

AMC : 000002 of 000008

Filed            22-CI-00049        01/27/2022        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

## II. FACTUAL BACKGROUND

7.      On or about October 25, 2021, on Interstate 65, Defendant Ingram negligently and carelessly operated a 2018 Freightliner Semi-tractor trailer while in the course and scope of his employment with Defendant RJD Group, Inc., causing his vehicle to collide with a 2004 Honda Odyssey owned and driven by Jose Molina and which Plaintiff Mrs. Danger was a passenger, causing injuries and damages to Mrs. Danger which necessitated medical treatment.

8.      At the time of the subject collision, based on information and belief, Defendant Ingram was in the course and scope of his employment with Defendant RJD Group, Inc., and the subject tractor-trailer was and is owned by Defendant RJD Group, Inc.

9.      At all times pertinent hereto, Plaintiff Mrs. Danger exercised an appropriate degree of care for her own safety.  The subject collision was caused entirely by the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc.

### III.  FIRST CAUSE OF ACTION – DEFENDANT INGRAM

10.     Plaintiff restates the allegations above as if same were fully re-written.

11.     Defendant Ingram was at all relevant times mentioned herein negligent in the operation of his motor vehicle and as a direct and proximate result of that negligence caused the collision between his vehicle and the vehicle being occupied by the Plaintiff, Mrs. Danger.

### IV.  SECOND CAUSE OF ACTION – RJD GROUP, INC.

12.  Defendant RJD Group, Inc., has *respondeat superior* liability for the negligent actions of its servant employee/agent, Defendant Ingram, and in order that the Plaintiff

AMC : 000003 of 000008

3

Filed          22-CI-00049        01/27/2022       Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant RJD Group, Inc., was negligent in hiring, training, and/or supervising Defendant Ingram, said actions/inactions on the part of Defendant RJD Group, Inc., are pled as additional bases upon which relief may be granted to Plaintiff.

13.     At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act., KRS 304.39 ("MVRA").

## V.  THIRD CAUSE OF ACTION – PROGRESSIVE

14.     At the time of the subject collision, Plaintiff, as a passenger in the vehicle owned and operated by Jose Molina, was insured by Defendant Progressive pursuant to a policy of insurance which included Underinsured Motorist ("UIM") coverage, bearing policy number 932084201, in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

15.     Plaintiff further states that the monetary value of Plaintiff's injuries and damages resulting from the subject collision exceeds the liability policy limits available on behalf of Defendants Ingram and RJD Group, Inc.  As such Plaintiff seeks UIM benefits from Progressive in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

16.     At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act ("MVRA").

4

AMC : 000004 of 000008

Filed            22-CI-00049      01/27/2022        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

17.     Plaintiff has fully complied with her obligations under the subject insurance policy and all conditions precedent have occurred or been performed.

## VI. DAMAGES

18.     As a direct and proximate result of the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc., Mrs. Danger has been injured and damaged.  The monetary value of Plaintiff's injuries and damages exceed the minimum jurisdictional limits of this Court.  Plaintiff's injuries and damages include, but are not specifically limited to, the following:

(a)     Medical bills and related expenses, past, present, and future;

(b)     Physical pain and mental suffering, past, present, and future;

(c)     Loss of enjoyment of life, past, present, and future;

(d)     Lost wages, past, present, and future;

(e)     Miscellaneous inconvenience and expense, past, present, and future; and,

(f)     Punitive damages, if the evidence establishes the right to same.

Mrs. Danger seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Reina L. Tamayo Danger, respectfully prays the Court for relief as follows:

(a)     For judgment against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b)     For Plaintiff's costs incurred in pursuit of this matter, including a reasonable attorney's fee; and

AMC : 000005 of 000008

Filed            22-CI-00049      01/27/2022        Loretta Crady, Hardin Circuit Clerk

Filed          22-CI-00049          01/27/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

(c)     For any and all other relief to which it may appear the Plaintiff is entitled,

including trial by jury.

This 27th day of January, 2022.

> HUGHES & COLEMAN
> 1256 Campbell Lane, Suite 201
> P. O. Box 10120
> Bowling Green, KY 42102
> (270) 782-6003 Ext. 272
> FAX (270) 843-0446
> jgriffith@hughesandcoleman.com
>
> /s/ D. Joe Griffith
> *Counsel for Plaintiff*

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action.  Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Keri A. Hall
Progressive Insurance Company
9520 Ormsby Station Rd., Ste. 200
Louisville, KY 40223

| | IN RE: | Our Client: | Reina L. Tamayo Danger |
| | | Our File No.: | 677757 |
| | | Your Insured: | Jose M. Ortiz Molina |
| | | Your Claim No.: | 216792585 |
| | | DOI: | 10/25/2021 |

6

Filed          22-CI-00049          01/27/2022          Loretta Crady, Hardin Circuit Clerk

AMC : 000006 of 000008

Filed          22-CI-00049          01/27/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Humana Gold Plus
P.O. Box 14601
Lexington, KY 40512

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo |
|  | Your ID No.: | H7633555 |
|  | DOI: | 10/25/2021 |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Medicaid
P.O. Box 2107
Frankfort, KY 40602

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo Danger |
|  | Your ID No.: | 1004937546 |
|  | DOI: | 10/25/2021 |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

MSPRC-NGHP
P.O. Box 138832
Oklahoma City, OK 73113

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo |
|  | ID No.: | 4HD2-YU7-AX10 |
|  | DOI: | 10/25/2021 |

Martin Tijerina
American Inter-Fidelity Exchange
9223 Broadway, Ste. A
Merrillville, IN 46410

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Lorenzo Ingram/RJD Group, Inc. |
|  | ID No.: | L220034 |
|  | DOI: | 10/25/2021 |

AMC : 000007 of 000008

Filed          22-CI-00049          01/27/2022          Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:07:00 PM
SRHICKEY@KOPKALAW.COM

This 27th day of January, 2022.

/s/ D. Joe Griffith
*Counsel for Plaintiff*

AMC : 000008 of 000008

Filed          22-CI-00049          01/27/2022          Loretta Crady, Hardin Circuit Clerk

Filed        22-CI-00049    01/13/2022      Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

CIVIL ACTION NO. 22-CI-_____                    HARDIN CIRCUIT COURT
                                                                    DIV. ___
                                                     JUDGE _____

REINA L. TAMAYO DANGER                                              PLAINTIFF

VS.                        **COMPLAINT**

LORENZO L. INGRAM                                                 DEFENDANTS
        SERVE:     Kentucky Secretary of State
                   Pursuant to KRS 454.210

                   4807 Folly Dr.
                   Albany, GA 31705-6114

RJD GROUP, INC.
        SERVE:     Kentucky Secretary of State
                   Pursuant to KRS 454.210

                   Troy Brewer
                   95 White Bridge Pike Ste 207
                   Nashville, TN 37205-1482

PROGRESSIVE CASUALTY INSURANCE COMPANY
        SERVE:     CT Corporation System, Registered Agent
                   306 W. Main St., Suite 512
                   Frankfort, KY 40601


        Comes the Plaintiff, Reina L. Tamayo Danger, by counsel, and hereby states the

following cause of action against the Defendants named herein:

### I. PARTIES AND JURISDICTION

        1.      The Plaintiff, Reina L. Tamayo Danger ("Mrs. Danger"), is a citizen and

resident of Warren County, Kentucky.

        2.      The Defendant, Lorenzo L. Ingram ("Ingram"), is a citizen and resident of

Albany, Dougherty County, Georgia, and may be served with process by delivery of

summons and a true and accurate copy of this Complaint to the Kentucky Secretary of

State pursuant to KRS 454.210.  The Secretary of State is respectfully notified that

Presiding Judge: HON. KELLY MARK EASTON (609182)

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000001 of 000011

EODM : 000001 of 000007

1

Filed              22-CI-00049        01/13/2022        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

Defendant Ingram's last known residence address is 4807 Folly Dr. Albany, GA 31705-6114.

3.      The Defendant, RJD Group, Inc., is, based upon information and belief, a Tennessee for profit corporation with its principal office in Nashville, TN and may be served with process by delivery of summons and a true and accurate copy of this Complaint to the Kentucky Secretary of State pursuant to <u>KRS 454.210</u>.  The Secretary of State is advised that said entity's agent for service of process is Troy Brewer, 95 White Bridge Pike, Ste. 207, Nashville, TN 37205-1482.

4.      The Defendant, Progressive Casualty Insurance Company ("Progressive"), is, and was at all times hereto, an instate insurer licensed to provide automobile insurance in the Commonwealth of Kentucky and may be served with process by delivery of summons and a true and accurate copy of this Complaint to its registered agent for service of process, CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

5.      The subject motor vehicle collision occurred in Elizabethtown, Hardin County, Kentucky, and the amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.  Venue and jurisdiction are proper in the Hardin Circuit Court.

## II. FACTUAL BACKGROUND

6.      On or about October 25, 2021, on Interstate 65, Defendant Ingram negligently and carelessly operated a 2018 Freightliner Semi-tractor trailer while in the course and scope of his employment with Defendant RJD Group, Inc., causing his vehicle to collide with a 2004 Honda Odyssey owned and driven by Jose Molina and which

Presiding Judge: HON. KELLY MARK EASTON (609182)

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000002 of 000011

Filed              22-CI-00049        01/13/2022        Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

Plaintiff Mrs. Danger was a passenger, causing injuries and damages to Mrs. Danger which necessitated medical treatment.

7.      At the time of the subject collision, based on information and belief, Defendant Ingram was in the course and scope of his employment with Defendant RJD Group, Inc., and the subject tractor-trailer was and is owned by Defendant RJD Group, Inc.

8.      At all times pertinent hereto, Plaintiff Mrs. Danger exercised an appropriate degree of care for her own safety.  The subject collision was caused entirely by the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc.

### III. FIRST CAUSE OF ACTION – DEFENDANT INGRAM

9.      Plaintiff restates the allegations above as if same were fully re-written.

10.     Defendant Ingram was at all relevant times mentioned herein negligent in the operation of his motor vehicle and as a direct and proximate result of that negligence caused the collision between his vehicle and the vehicle being occupied by the Plaintiff, Mrs. Danger.

### IV. SECOND CAUSE OF ACTION – RJD GROUP, INC.

11.  Defendant RJD Group, Inc., has *respondeat superior* liability for the negligent actions of its servant employee/agent, Defendant Ingram, and in order that the Plaintiff may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, in the event it is determined that Defendant RJD Group, Inc., was negligent in hiring, training, and/or supervising Defendant Ingram, said actions/inactions on the part of Defendant RJD Group, Inc., are pled as additional bases upon which relief may be granted to Plaintiff.

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000003 of 000011

Presiding Judge: HON. KELLY MARK EASTON (609182)

EON : 000003 of 000007

Filed          22-CI-00049       01/13/2022       Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

12.    At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act., <u>KRS 304.39</u> ("MVRA").

### V. THIRD CAUSE OF ACTION – PROGRESSIVE

13.    At the time of the subject collision, Plaintiff, as a passenger in the vehicle owned and operated by Jose Molina, was insured by Defendant Progressive pursuant to a policy of insurance which included Underinsured Motorist ("UIM") coverage, bearing policy number 932084201, in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

14.    Plaintiff further states that the monetary value of Plaintiff's injuries and damages resulting from the subject collision exceeds the liability policy limits available on behalf of Defendants Ingram and RJD Group, Inc.  As such Plaintiff seeks UIM benefits from Progressive in an amount exceeding the minimum jurisdictional limits of this Court and to the full extent of all UIM coverage available under the subject insurance policy.

15.    At all times pertinent hereto, Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act ("MVRA").

16.    Plaintiff has fully complied with his obligations under the subject insurance policy and all conditions precedent have occurred or been performed.

### VI. DAMAGES

17.    As a direct and proximate result of the negligence and carelessness of Defendant Ingram and/or Defendant RJD Group, Inc., Mrs. Danger has been injured and damaged.  The monetary value of Plaintiff's injuries and damages exceed the minimum

Filed          22-CI-00049       01/13/2022       Loretta Crady, Hardin Circuit Clerk

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000004 of 000011

Presiding Judge: HON. KELLY MARK EASTON (609182)

COM : 000004 of 000007

Filed 22-CI-00049 01/13/2022 Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

jurisdictional limits of this Court. Plaintiff's injuries and damages include, but are not specifically limited to, the following:

(a)     Medical bills and related expenses, past, present, and future;

(b)     Physical pain and mental suffering, past, present, and future;

(c)     Loss of enjoyment of life, past, present, and future;

(d)     Lost wages, past, present, and future;

(e)     Miscellaneous inconvenience and expense, past, present, and future; and,

(f)     Punitive damages, if the evidence establishes the right to same.

Mrs. Danger seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

WHEREFORE, the Plaintiff, Reina L. Tamayo Danger, respectfully prays the Court for relief as follows:

(a)     For judgment against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b)     For Plaintiff's costs incurred in pursuit of this matter, including a reasonable attorney's fee; and

(c)     For any and all other relief to which it may appear the Plaintiff is entitled, including trial by jury.

This 13th day of January, 2022.

Filed 22-CI-00049 01/13/2022 Loretta Crady, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

HUGHES & COLEMAN
1256 Campbell Lane, Suite 201
P. O. Box 10120
Bowling Green, KY 42102
(270) 782-6003 Ext. 272
FAX (270) 843-0446
jgriffith@hughesandcoleman.com


/s/ D. Joe Griffith
*Counsel for Plaintiff*

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action.  Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Keri A. Hall
Progressive Insurance Company
9520 Ormsby Station Rd., Ste. 200
Louisville, KY 40223

|          | IN RE: | Our Client:   | Reina L. Tamayo Danger |
|----------|--------|---------------|------------------------|
|          |        | Our File No.: | 677757 |
|          |        | Your Insured: | Jose M. Ortiz Molina |
|          |        | Your Claim No.: | 216792585 |
|          |        | DOI:          | 10/25/2021 |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
Humana Gold Plus
P.O. Box 14601
Lexington, KY 40512

|          | IN RE: | Our Client:   | Reina L. Tamayo Danger |
|----------|--------|---------------|------------------------|
|          |        | Our File No.: | 677757 |
|          |        | Your Insured: | Reina Tamayo |
|          |        | Your ID No.:  | H7633555 |
|          |        | DOI:          | 10/25/2021 |

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000006 of 000011

Presiding Judge: HON. KELLY MARK EASTON (609182)

EXAM : 000006 of 000007

6

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:36 PM
SRHICKEY@KOPKALAW.COM

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

Medicaid
P.O. Box 2107
Frankfort, KY 40602

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo Danger |
|  | Your ID No.: | 1004937546 |
|  | DOI: | 10/25/2021 |

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

MSPRC-NGHP
P.O. Box 138832
Oklahoma City, OK 73113

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Reina Tamayo |
|  | ID No.: | 4HD2-YU7-AX10 |
|  | DOI: | 10/25/2021 |

Martin Tijerina
American Inter-Fidelity Exchange
9223 Broadway, Ste. A
Merrillville, IN 46410

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Reina L. Tamayo Danger |
|  | Our File No.: | 677757 |
|  | Your Insured: | Lorenzo Ingram/RJD Group, Inc. |
|  | ID No.: | L220034 |
|  | DOI: | 10/25/2021 |

This 13th day of January, 2022.

/s/ D. Joe Griffith
*Counsel for Plaintiff*

5BF1C904-74EA-4383-8A25-B875A13F23E2 : 000007 of 000011

Presiding Judge: HON. KELLY MARK EASTON (609182)

EXAM : 000007 of 000007

7



**Commonwealth of Kentucky**
**Loretta Crady, Hardin Circuit Clerk**

NOT ORIGINAL DOCUMENT
02/17/2022 03:03:16 PM
SRHICKEY@KOPKALAW.COM

| Case #: **22-CI-00049** | Envelope #: **4212065** |
|---|---|
| Received From: **DONALD E (JOE) GRIFFITH** | Account Of: **DONALD E (JOE) GRIFFITH** |
| Case Title: **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO I., ET AL** | Confirmation Number: **137308045** |
| Filed On **1/13/2022 10:49:56AM** | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Access To Justice Fee | $20.00 |
| 2 | Civil Filing Fee | $150.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Library Fee | $3.00 |
| 5 | Court Facilities Fee | $25.00 |
| 6 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 7 | Charges For Services(Jury Demand / 12) | $70.00 |
| 8 | Money Collected For Others(Postage) | $27.92 |
| 9 | Money Collected For Others(Secretary of State) | $32.00 |
| 10 | Charges For Services(Copy - Photocopy) | $3.60 |
| 11 | Charges For Services(Attestation) | $0.50 |
| 12 | Money Collected For Others(Franklin Electronic Service Copies) | $0.90 |
| 13 | Money Collected For Others(Franklin Co. Sheriff) | $60.00 |
| | **TOTAL:** | $417.92 |

| AOC-E-105 | Sum Code: CI | |  | NOT ORIGINAL DOCUMENT |
|---|---|---|---|---|

AOC-E-105
Rev. 9-14

**Commonwealth of Kentucky**
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/17/2022
SRBLEXINGTONKYLAW.COM

Case #: **22-CI-00049**
Court: **CIRCUIT**
County: **HARDIN**

*Plantiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO:  **INGRAM, LORENZO L.**
  **4807 FOLLY DR.**
  **ALBANY, GA 317056114**

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/27/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

  Date: _____, 20_____    _____

                          Served By

                          _____

                          Title

Summons ID: @00000350661
CIRCUIT: 22-CI-00049 Long Arm Statute – SOS - Restricted Delivery
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL



Page 1 of 1



| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>02/17/2022 Case #: **22-CI-00049**<br>SRBKLEY@HARKALAW.COM Court: **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**

     **306 W. MAIN ST.**

     **SUITE 512**

     **FRANKFORT, KY 40601**

Memo: Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**PROGRESSIVE CASUALTY INSURANCE COMPANY**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/27/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____

                                   _____
                                      Served By

                                      _____
                                      Title

*(vertical text: CI : 000001 of 000001)*



**eFiled**

AOC-E-105   Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
02/17/2022 02:45:34 PM
SREGICKY@HORKALAW.COM

Case #: **22-CI-00049**

Court: **CIRCUIT**

County: **HARDIN**

---

*Plaintiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO:   **RENATAS TAMULEVICIUS**

   **721 PARKWOOD AVE.**

   **ROMEOVILLE, IL 60446**

Memo: Related party is RJD GROUP, INC.

The Commonwealth of Kentucky to Defendant:
**RJD GROUP, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/27/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____          _____
                                                            Served By

                                              _____
                                                            Title

Summons ID: @00000350659
CIRCUIT: 22-CI-00049 Long Arm Statute – SOS - Restricted Delivery
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL





AOC-E-105          Sum Code: CI
Rev. 9-14



Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1

NOT ORIGINAL DOCUMENT
01/17/2022  02:07:57 PM
SRHICKEY@KOPKALAW.COM

Case #:  **22-Ci-00049**
Court:  **CIRCUIT**
County:  **HARDIN**

# CIVIL SUMMONS

*Plantiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 W. MAIN ST.**
     **SUITE 512**
     **FRANKFORT, KY 40601**

*C M 6*
*1/21/22*
*9 / 2 0*

Memo: Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**PROGRESSIVE CASUALTY INSURANCE COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

RECEIVED
Franklin County Sheriff

JAN 18 2022

Time: *3:45* AM/PM

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/13/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____ *CT    Coup* _____

☐ Not Served because: _____

Date: *1/21*, 20 *22*          *C M  Eff  814*
                              Served By
                              *Deputy*
                              Title

Summons ID: @00000350081 ,
CIRCUIT: 22-CI-00049 Sheriff Service
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL

AOS : 000001 of 000001



Filed            22-CI-00049      02/14/2022        Loretta Crady, Hardin Circuit Clerk
NOT ORIGINAL DOCUMENT
02/17/2022 03:15:08 PM
87208 .... LAW.COM

| | | |
|---|---|---|
| AOC-05   Sum Code: CI<br>Reg 9-14 |  | Case #: **22-CI-00049** |
| Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County: **HARDIN** |

package : 000002 of 000018

*Plantiff,* **TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
  **306 W. MAIN ST.**
  **SUITE 512**
  **FRANKFORT, KY 40601**

RECEIVED
Franklin County Sheriff

JAN 3 1 2022

Time: ___4:30___ AM/PM

Memo: Related party is PROGRESSIVE CASUALTY INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**PROGRESSIVE CASUALTY INSURANCE COMPANY**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **1/27/2022**

---

## Proof of Service

This Summons was:

☒ Served by delivering a true copy and the Complaint (or other initiating document)

  To: ___CT Corp___

☐ Not Served because: _____

  Date: __2/9__, 20__22__          ___CM Ext 814___
                                          Served By

                                          ___Deputy___
                                              Title

Summons ID: @00000350660 ,
CIRCUIT: 22-CI-00049 Sheriff Service
TAMAYO DANGER, REINA L. VS. INGRAM, LORENZO L. ET AL

                  22-CI-00049      02/14/2022      Page 1 of 1 Loretta Crady, Hardin Circuit Clerk



Filed        22-CI-00049       02/17/2022       Loretta Crady, Hardin Circuit Clerk

# COMMONWEALTH OF KENTUCKY
## HARDIN CIRCUIT COURT
### Division III
### Case No. 22-CI-00049

*Electronically Filed*

**REINA L. TAMAYO DANGER**                                            **PLAINTIFF**

<u>**ANSWER OF DEFENDANTS,**</u>
**v.**         <u>**RJD GROUP, INC., AND LORENZO INGRAM,**</u>
<u>**TO FIRST AMENDED COMPLAINT**</u>

**LORENZO INGRAM, et al.**                                            **DEFENDANTS**

* * *

Come Defendants, RJD Group, Inc. ("RJD"), and Lorenzo Ingram ("Ingram") (collectively "Defendants"), by counsel, and, for their Answer to the First Amended Complaint herein of Plaintiff, Reina L. Tamayo Danger ("Plaintiff"), state as follows:

### <u>First Defense</u>

1.    With regard to the matters set forth in Paragraph 1 of Plaintiff's First Amended Complaint, Defendants need not respond to Plaintiff's original Complaint because it has been, by operation of law, superseded by the First Amended Complaint.

2.    With regard to the matters set forth in Paragraphs 2 and 5 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein for the reason that, at present, they lack knowledge or information sufficient to form a belief as to the truth thereof.

3.    The legal conclusions contained in Paragraphs 3 of 4 of Plaintiff's First Amended Complaint regarding susceptibility to service do not require a response. As for the remainder of allegations contained therein, Defendants admit the same based upon current knowledge, information, and belief.

Filed        22-CI-00049        02/17/2022        Loretta Crady, Hardin Circuit Clerk

4.      The allegations set out in Paragraph 6 of Plaintiff's First Amended Complaint are legal conclusions and thus do not require a response. If a response were ever required, Defendants would deny the allegations therein.

5.      With regard to the matters set forth in Paragraphs 7 and 9 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein.

6.      The allegations set out in Paragraph 8 of Plaintiff's First Amended Complaint are legal conclusions and thus do not require a response. If a response were ever required, Defendants would deny all allegations contained therein for the reason that, at present, they lack knowledge or information sufficient to form a belief as to the truth thereof.

7.      With regard to the matters set forth in Paragraph 10 of Plaintiff's First Amended Complaint, Defendants incorporate, as if fully rewritten herein, the contents above of Paragraphs 1 through 6 of this Answer.

8.      With regard to the matters set forth in Paragraph 11 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein.

9.      The allegations set out in Paragraph 12 of Plaintiff's First Amended Complaint are legal conclusions and thus do not require a response. If a response were ever required, Defendants would deny all allegations contained therein.

10.     With regard to the matters set forth in Paragraph 13 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein for the reason that, at present, they lack knowledge or information sufficient to form a belief as to the truth thereof.

11.     With regard to the matters set forth in Paragraphs 14, 15, 16, and 17 of Plaintiff's First Amended Complaint, Defendants deny the allegations contained therein for the reason

2

BA816334-4BF9-4CD9-9888-627C68C107F3 : 000002 of 000006

ANS : 000002 of 000006

Filed        22-CI-00049        02/17/2022        Loretta Crady, Hardin Circuit Clerk

that, at present, they lack knowledge or information sufficient to form a belief as to the truth thereof.

12.     With regard to the matters set forth in Paragraph 18 of Plaintiff's First Amended Complaint, Defendants deny all allegations contained therein.

13.     Defendants go on further to deny all allegations not specifically admitted to above in Paragraphs 1 through 12 of this Answer.

### Second Defense

Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted and is therefore subject to dismissal, with prejudice to refiling.

### Third Defense

The incident described in Plaintiff's First Amended Complaint and the injuries and damages claimed by Plaintiff, if there are any, were substantially or solely caused by the contributory or comparative negligence of Plaintiff and/or other parties and/or nonparties over whom Defendants had no control and thus no responsibility or liability.

### Fourth Defense

The damages and injuries claimed by Plaintiff, if here are any, were caused or brought about, if at all, by the active and primary negligence, or the intervening and superseding negligence or acts, of other parties (including but not limited to Plaintiff) and/or nonparties over whom Defendants had nocontrol and for whom they thus have no liability.

### Fifth Defense

Defendants were not a substantial factor in bringing about the incident alleged and/or the injuries and damages alleged in Plaintiff's First Amended Complaint.

3

BA816334-4BF9-4CD9-9888-627C68C107F3 : 000003 of 000006

ANS : 000003 of 000006

Filed        22-CI-00049        02/17/2022        Loretta Crady, Hardin Circuit Clerk

### Sixth Defense

Plaintiff's claims are barred, in whole or in part, by each and every defense available to Defendants under Kentucky's MVRA (KRS 304.39-101, *et seq.*), as well as every defense available to them under federal and state trucking legislation, laws, and regulations.

### Seventh Defense

To the extent that any person or entity has paid any amount to or on behalf of Plaintiff as the result of the injuries or damages claimed in the First Amended Complaint and has not been properly notified of its subrogation rights pursuant to KRS 411.188, the same is barred. In the alternative, Plaintiff is precluded from recovering the amount of the benefits subject to subrogation rights, and evidence of payments made on behalf of Plaintiff is admissible. To the extent such payments were made, Plaintiff is not "the real party in interest," and Defendants reserve each and every defense, credit, offset, and deduction provided by law.

### Eighth Defense

Plaintiff had, and still has, an affirmative duty to mitigate damages; accordingly, as to injuries and damages claimed, if any, those must be reduced to the extent Plaintiff has failed to mitigate the same.

### Ninth Defense

Any liability for Plaintiff's alleged injuries and damages – a part or share in any such liability being hereby fully denied by Defendants – must be apportioned among all those found at fault by a jury.

### Tenth Defense

Plaintiff's claims are barred on the ground that they have failed to join an indispensable party (or parties), without whom complete relief cannot be accorded among those already parties to the action.

Filed          22-CI-00049        02/17/2022        Loretta Crady, Hardin Circuit Clerk

### Eleventh Defense

The award of interest is not appropriate under Kentucky law; accordingly, Plaintiff's claim for same is barred.

### Twelfth Defense

Plaintiff has failed to plead special damages with specificity as required by CR 9.06; accordingly, any and all claims for special damages, if any, are therefore barred.

### Thirteen Defense

Depending on how proof unfolds during pretrial discovery, Plaintiff's claims are barred by the doctrines of last clear chance, unavoidable accident, sudden emergency, Act of God, assumption of the risk, contributory/comparative fault, as well as statute of limitations, payment, release, accord and satisfaction, failure of conditions precedent, waiver, laches, spoliation of evidence, lack of personal jurisdiction, lack of standing and/or improper venue. (Defendants hereby reserve the right to assert additional affirmative defenses under CR 8.03, if the factual predicate therefor emerges during the course of pretrial discovery or at trial.)

### Fourteenth Defense

Defendants reserve the right to assert additional affirmative defenses and to file additional pleadings herein, including counterclaims, cross-claims and/or third-party claims, as the proof develops during the course of pretrial discovery or at any point during the trial of this matter.

**WHEREFORE,** these Defendants demand as follows:

A.      For dismissal of Plaintiff's First Amended Complaint, with prejudice, or, in the alternative, for judgment in Defendants' favor on said First Amended Complaint;

Filed          22-CI-00049        02/17/2022        Loretta Crady, Hardin Circuit Clerk

B.      For recovery of his costs expended, including attorney's fees (where allowed by law), in defending against Plaintiff's First Amended Complaint;

C.      For a trial by jury;

D.      For indemnity, contribution, offset and/or apportionment where appropriate; and

E.      For any and all other relief to which he is entitled, either at law or in equity.

Respectfully submitted,

**KOPKA PINKUS DOLIN PC**

_/s/ Eric M. Jensen_
Eric M. Jensen
462 South Fourth Street, Suite 101
Louisville, KY  40202
(502) 785-2818
emjensen@kopkalaw.com
_Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Answer of Defendants was on this 17th day of February, 2022, served by regular U.S. Mail, postage prepaid, upon D. Joe Griffith, HUGHES & COLEMAN, 1256 Campbell Lane, Suite 201, P.O. Box 10120, Bowling Green, KY 42102, and Progressive Casualty Insurance Company, c/o CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40601.

_/s/ Eric M. Jensen_
Eric M. Jensen
_Counsel for Defendants_

BA816334-4BF9-4CD9-9888-627C68C107F3 : 000006 of 000006

ANS : 000006 of 000006